FILED

09/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0250

_____

TERRI GREENE,

     Plaintiff and Appellant,

   v.                             O R D E R

GREGORY S. McDOWELL, MD,

     Defendants and Appellee.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on September 22, 2022, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 12(d) requires a "statement of the facts relevant to the issues presented for review, with references to the pages or parts of the record at which material facts appear[.]" The statement of facts in the Appellant's opening brief contains only sporadic and insufficient citations to the record. In particular, the Appellant's opening brief contains approximately 15 pages of quotations, apparently from the trial transcript, none of which contain a citation to where in the record these quotations may be found. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
September 23 2022